7jgmtwoh (7/12)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

*In Re:* Janet Lee Stohel
*Debtor*

*Bankruptcy Case No.*
14–41956–abf7

**Missouri Attorney General's Office**
 Plaintiff(s)

*Adversary Case No.*
14–04115–abf

v.

**Janet Lee Stohel**
 Defendant(s)

## JUDGMENT

The issues of this proceeding having been duly considered by the Honorable Arthur B. Federman , United States Bankruptcy Judge, and a decision having been reached without trial or hearing.

*IT IS ORDERED AND ADJUDGED*: That JUDGMENT BY DEFAULT is hereby entered in favor of the Plaintiff Missouri Department of Social Services, Family Support Division, and against Defendant Janet Lee Stohel. IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the following debts owed to the Missouri Department of Social Services, Family Support Division by Janet Lee Stohel pursuant to 11U.S.C. §523(a)(2)(B) are not discharable and will be excepted from any discharge obtained in the Debtors underlying Bankruptcy proceedings: Food Stamp benefits erroneously received by debtor in the amount of $46,643.32, together with Creditors filing fee of $350.00, for a total debt of $46,993.32.

Ann Thompson
Court Executive

By: /s/ Sharon Greene
 Deputy Clerk



Date of issuance: 12/18/14

Court to serve